# SERVICE COPY



D8629453

# CITATION

**PATRICIA GILMORE, ET AL**
(Plaintiff)

VS

**MONCOM, LLC, ET AL**
(Defendant)

NUMBER C-716536 "27"

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

SERVED ON
R. KYLE ARDOIN

MAR 17 2022

SECRETARY OF STATE
COMMERCIAL DIVISION

**TO: ALLIED INSURANCE COMPANY OF AMERICA
THROUGH ITS REGISTERED AGENT:
LOUISIANA SECRETARY OF STATE**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **MARCH 15, 2022.**



*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: FREDERICK, BRENT P.**
*The following documents are attached:

**PETITION FOR DAMAGES; ORDER; REQUEST FOR NOTICE; INTERROGATORIES/REQUEST FOR PRODUCTION**

---

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL: $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

RECEIVED
MAR 16 2022
EBR SHERIFF'S OFFICE

**CITATION-2000**

```
EAST BATON ROUGE PARISH     C-716536
Filed Mar 07, 2022 8:12 AM        27
Deputy Clerk of Court
E-File Received Mar 04, 2022 4:12 PM
```

| | |
|---|---|
| PATRICIA GILMORE, individually and on behalf of the Estate of DEANDRE GILMORE, and RAVEN GROW, on behalf of her minor daughter, A-NILA GROW | SUIT NO.: _____ SECTION: _____ <br><br> 19TH JUDICIAL DISTRICT COURT |
| VERSUS | EAST BATON ROUGE PARISH |
| MONCOM, LLC, ALLIED INSURANCE COMPANY OF AMERICA, AND LARONE J. WILLIAMS | STATE OF LOUISIANA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PETITION FOR DAMAGES**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, **PATRICIA GILMORE**, a person of the full age of majority and domiciled in Alabama, who asserts this wrongful death and survival action on behalf of her son, **DEANDRE GILMORE**, and **RAVEN GROW**, a person of the full age of majority and domiciled in Alabama, on behalf of her minor daughter, **A-NILA GROW**, who also files the instant wrongful death and survival action on behalf of, **DEANDRE GILMORE**, the father of **A-NILA GROW**, all of whom respectfully represent as follows:

1.

Made defendants herein are:

    a.    **MONCOM, LLC**, a foreign corporation authorized to do and doing business in the State of Louisiana, who may be served through its registered agent of process, CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816;

    b.    **ALLIED INSURANCE COMPANY OF AMERICA**, a foreign insurance company not authorized to do, but doing business in the State of Louisiana, who may served through its registered agent of process, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana, 70809;

    c.    **LARONE J. WILLIAMS**, a person of the full age of majority and domiciled in Orleans Parish, State of Louisiana, and upon whom long arm service can be executed at 1366 Driftwood Drive North, Mobile, Alabama, 36605;

2.

The above-named defendants are liable jointly and *in solido* to Petitioner for such damages as are reasonable in the premises, together with legal interest from date of judicial demand until paid, and for all costs of these proceedings for the following reasons, to-wit:


Certified True and Correct Copy
CertID: 2022031500562

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
3/15/2022 12:52 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**3.**

This lawsuit arises out of an automobile accident, which occurred on or about September 19, 2021, on I-12 in Baton Rouge, Louisiana.

**4.**

On that date, **DEANDRE GILMORE** was riding as a guest passenger in a vehicle owned by **MONCOM, LLC,** which was being operated by Defendant, **LARONE J. WILLIAMS,** as the vehicle was headed west on I-12 in the center lane.

**5.**

At the same time, there was another vehicle to the right of the vehicle being driven by **LARONE J. WILLIAMS** also headed west on I-12. Defendant, **LARONE J. WILLIAMS,** attempted to enter the right lane despite another vehicle already occupying the right lane. At that time, the driver of the vehicle in the right lane activated its horn and in response Defendant, **LARONE J. WILLIAMS,** jerked his wheel, slid sideways across all three lanes of travel, hit the inside wall on I-12 and ultimately rolled over onto the passenger side.

**6.**

**DEANDRE GILMORE** was ejected from the vehicle and ultimately died from the injuries he sustained in the crash.

**7.**

The sole cause of the vehicle crash at issue was the negligence of **LARONE J. WILLIAMS** in the following non-exclusive list of particulars:

    a.    Failure to keep a proper lookout;

    b.    Failure to see what he should have seen;

    c.    Failure to maintain control of his vehicle;

    d.    Failure to stop his vehicle;

    e.    Failure to properly operate/maintain his vehicle in a safe and prudent manner;

    f.    Failure to take proper evasive actions;

    g.    Carelessly operating his vehicle;

    h.    Inattentiveness; and

    i.    Any other acts of negligence by the defendant that will be shown at the trial of this matter.


**Certified True and Correct Copy**
CertID: 2022031500562

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
3/15/2022 12:52 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

8.

At the time of the aforementioned accident, **DEANDRE GILMORE** was not working, he was no longer under the control of his employer, and he was not acting within the course and scope of his employment with **MONCOM, LLC**.

9.

Petitioners further aver that a substantial and proximate cause of the crash in question was the negligence and fault of Defendant, **MONCOM, LLC**, in the following non-exclusive list of particulars:

   a.   Negligent hiring of **LARONE J. WILLIAMS**;

   b.   Failing to properly train **LARONE J. WILLIAMS**;

   c.   Failing to maintain its vehicle in proper working condition; and

   d.   Other acts of negligence which may be shown at the trial of this matter.

10.

On information and belief, at all times pertinent hereto, Defendant, **ALLIED INSURANCE COMPANY OF AMERICA**, had in effect a policy of automobile liability insurance providing coverage to Defendants, **MONCOM, LLC**, and **LARONE J. WILLIAMS**, for the claims asserted by Petitioners, and Defendant, **ALLIED INSURANCE COMPANY OF AMERICA**, is liable *in solido* with its insureds for all amounts due to Petitioner, pursuant to La. Rev. Stat. 22:1269.

11.

As a result of the incident in question, Petitioner, **PATRICIA GILMORE**, individually and on behalf of her deceased son, **DEANDRE GILMORE**, has suffered the following non-exclusive list of damages:

   a.   Survival damages in the form of physical pain and mental anguish leading up to **DEANDRE GILMORE**'s death;

   b.   Wrongful death damages;

   c.   Past and future loss of consortium;

   d.   Past and future loss of enjoyment of life;

   e.   Past and future mental anguish;

   f.   Medical and hospital expenses;

   g.   Funeral expenses; and


Certified True and
Correct Copy
CertID: 2022031500562

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
3/15/2022 12:52 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

    h.    Any and all other damages that this Court may find reasonable on the premises.

12.

As a result of the incident in question, Petitioner, **A-NILA GROW**, individually and on behalf of her deceased father, **DEANDRE GILMORE** has suffered the following non-exclusive list of damages:

    a.    Survival damages in the form of physical pain and mental anguish leading up to **DEANDRE GILMORE**'s death;

    b.    Wrongful death damages;

    c.    Past and future loss of consortium;

    d.    Past and future loss of enjoyment of life;

    e.    Past and future mental anguish;

    f.    Medical and hospital expenses;

    g.    Funeral expenses; and

    h.    Any and all other damages that this Court may find reasonable on the premises.

13.

For the purposes of Louisiana Code of Civil Procedure Article 892, Petitioners aver that their damages are greater than the sum or value of $50,000.00, exclusive of interest and costs.

14.

Petitioners hereby request a trial by jury.

**WHEREFORE, Petitioners, PATRICIA GILMORE and RAVEN GROW, on behalf of her daughter and the daughter of DEANDRE GILMORE, A-NILA GROW,** pray that Defendants, **MONCOM, LLC, ALLIED INSURANCE COMPANY OF AMERICA** and **LARONE J. WILLIAMS**, be duly cited and served with a copy of this petition and cited to appear and answer same, and that after all legal delays and due proceedings are had, there be judgment rendered in favor of Petitioners and against Defendants jointly and *in solido* for all damages incurred and such general and/or special damages as are reasonable in the premises, together with legal interest from the date of judicial demand, until paid, all costs of this proceeding and all such other equitable relief to which Petitioners may be entitled.


**Certified True and Correct Copy**
CertID: 2022031500562

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
3/15/2022 12:52 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Respectfully Submitted:

**DUDLEY DEBOSIER INJURY LAWYERS, PLC**

By: _____

**Brent P. Frederick (#25053)**
*E-Mail: bfrederick@dudleydebosier.com*
**Michael T. Beckers (#30197)**
*E-Mail: mbeckers@dudleydebosier.com*
**Danielle N. Goren (#34563)**
*E-Mail: dgoren@dudleydebosier.com*
1075 Government Street
Baton Rouge, LA 70802
Telephone: (225) 372-6000
Facsimile: (225) 372-6015
*Attorneys for Plaintiffs*

**Certified True and Correct Copy**
CertID: 2022031500562



East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
3/15/2022 12:52 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Mar 07, 2022 8:12 AM
Deputy Clerk of Court
E-File Received Mar 04, 2022 4:12 PM

C-716536
27

| | |
|---|---|
| PATRICIA GILMORE, individually and on behalf of the Estate of DEANDRE GILMORE, and RAVEN GROW, on behalf of her minor daughter, A-NILA GROW | SUIT NO.: _____ SECTION: _____<br><br>19TH JUDICIAL DISTRICT COURT |
| VERSUS | EAST BATON ROUGE PARISH |
| MONCOM, LLC, ALLIED INSURANCE COMPANY OF AMERICA, AND LARONE J. WILLIAMS | STATE OF LOUISIANA |

*************************************************************************
**ORDER FOR JURY TRIAL**
*************************************************************************

CONSIDERING the request of **PATRICIA GILMORE**, and **RAVEN GROWN**, on behalf of her minor daughter, **A-NILA GROW**, for trial by jury:

**IT IS ORDERED** that this case be set for trial by jury and that the jury bond be fixed in accordance with law and the rules of this Court. The trial date, bond amount and deadlines will be defined in the pretrial conference.

~~the amount of $_____, with the jury bond to be posted/filed by the _____ day of _____, 202_, or at such other date as directed by the Court.~~

Baton Rouge, Louisiana, this __March 07_____, 2022.

_____
**JUDGE, 19th JUDICIAL DISTRICT COURT**

Judge Trudy M. White

**PLEASE SERVE:**

**MONCOM, LLC**
Through its registered agent of process,
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

**ALLIED INSURANCE COMPANY OF AMERICA**
Through its registered agent of process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

**PLEASE SERVE VIA LONG ARM STATUTE:**

**LARONE J. WILLIAMS**
1366 Driftwood Drive North
Mobile, AL 36605



Certified True and
Correct Copy
CertID: 2022031500563

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
3/15/2022 12:52 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

```
EAST BATON ROUGE PARISH      C-716536
Filed Mar 07, 2022 8:12 AM        27
Deputy Clerk of Court
E-File Received Mar 04, 2022 4:12 PM
```

PATRICIA GILMORE, individually         SUIT NO.: _____ SECTION: _____
and on behalf of the Estate of
DEANDRE GILMORE, and
RAVEN GROW, on behalf of her           19TH JUDICIAL DISTRICT COURT
minor daughter, A-NILA GROW

VERSUS
                                       EAST BATON ROUGE PARISH
MONCOM, LLC, ALLIED
INSURANCE COMPANY OF AMERICA,
AND LARONE J. WILLIAMS                 STATE OF LOUISIANA

********************************************************************
**REQUEST FOR NOTICES**
********************************************************************

In accordance with Louisiana Code of Civil Procedure Article 1572, you are hereby requested to give us notice by mail ten (10) days in advance of the date fixed for trial or hearing of this case, whether on exceptions, motions, rules or the merits.

We also request immediate notice of all Orders or Judgments, whether interlocutory or final, made or rendered in this case upon the rendition thereof as provided by Louisiana Code of Civil Procedure Articles 1913 and 1914, including notice of Judgment in the event this case is taken under advisement, or if the Judgment is not signed at the conclusion of the trial.

Respectfully Submitted:

**DUDLEY DEBOSIER INJURY LAWYERS, PLC**

By: _____
**Brent P. Frederick (#25053)**
*E-Mail: bfrederick@dudleydebosier.com*
**Michael T. Beckers (#30197)**
*E-Mail: mbeckers@dudleydebosier.com*
**Danielle N. Goren (#34563)**
*E-Mail: dgoren@dudleydebosier.com*
1075 Government Street
Baton Rouge, LA 70802
Telephone: (225) 372-6000
Facsimile: (225) 372-6015
*Attorneys for Plaintiffs*


Certified True and
Correct Copy
CertID: 2022031500565

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
3/15/2022 12:52 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).